# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Joshua M. Hanley, | ) |
| Plaintiff, | ) |
| v. | ) |
| Ameris Bank, | ) Civil Action No. 3:18-cv-02687-JFA |
| Defendant. | ) |

## ORDER OF DISMISSAL

WHEREAS plaintiff Joshua Hanley and defendant Ameris Bank have reached a settlement of this case; and

WHEREAS plaintiff Joshua Hanley has moved this Court for an order denying his pending Motion for Class Certification (ECF No. 68), and dismissing this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2); and

WHEREAS defendant Ameris Bank has consented to plaintiff's motion;

NOW, THEREFORE, it is ORDERED that:

a.  Plaintiff's pending Motion for Class Certification (ECF No. 68) is denied; and

b.  This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

May 1, 2020
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge